AO 245B     (Rev. 9/00) Judgment in a Criminal Case
            Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DEC -9 PM 4:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY
BY:

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| MOHIT A. KHANNA | Case Number:  10CR2271-LAB |
| | JOHN ELLIS, FEDERAL DEFENDERS, INC. |
| | Defendant's Attorney |

REGISTRATION NO. 21103298

- [X] Modification of Restitution Order (18 U.S.C. § 3664)

THE DEFENDANT:

- [X] pleaded guilty to count(s) ONE AND TWO OF THE INFORMATION
- [ ] was found guilty on count(s)_____
      after a plea of not guilty.
      Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD | 1 |
| 26 USC 7206(1) | FILING FALSE TAX RETURN | 2 |

       The defendant is sentenced as provided in pages 2 through ____5____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s)_____ is [ ] are [ ] dismissed on the motion of the United States.
- [X] Assessment: $100.00 PER COUNT, TOTAL $200.00 -WAIVED

- [X] No fine          [ ] Forfeiture pursuant to order filed _____ , included herein.

       IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

NOVEMBER 15, 2010
_____
Date of Imposition of Sentence

_____

HON.  LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

10CR2271-LAB

AO 245B     (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT: MOHIT A. KHANNA
CASE NUMBER: 10CR2271-LAB

Judgment — Page __2__ of __5__

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
COUNT 1 - 41 MONTHS
COUNT 2 - 36 MONTHS CONCURRENT TO COUNT 1

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
     PLACEMENT IN THE MID-ATLANTIC REGION OF THE UNITED STATES.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
     ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .
        as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     ☐ _____
     ☐ as notified by the United States Marshal.
     ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

10CR2271-LAB

AO 245D    (Rev. 3/10) Judgment in a Criminal Case for Revocations
         Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___5___

DEFENDANT: MOHIT A. KHANNA
CASE NUMBER: 10CR2271-LAB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
COUNT 1 -3 YEARS
COUNT 2 - 1 YEAR CONCURRENT TO COUNT 1

      The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than _____ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
☒   The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis
     Backing Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works,
     or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**10CR2271-LAB**

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
        Sheet 4 — Special Conditions

| | | |
|---|---|---|
| DEFENDANT: MOHIT A. KHANNA | Judgment—Page __4__ of __5__ | |
| CASE NUMBER: **10CR2271-LAB** | | |

# SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☒ Not engage in employment or any profession involving fiduciary responsibilities or the solicitation of funds from investors or financial institutions.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☒ The defendant shall cooperation with any administrative findings of the Internal Revenue Service (IRS), shall file any delinquent income tax returns as requested, and shall file future income tax returns as required by law. The defendant shall pay any tax due and owing, including any penalties and interest, to the IRS as directed.

☐

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☒ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☒ Seek and maintain full time employment.

☐ Resolve all outstanding warrants within       days.

☐ Complete      hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☒ Notify the Collections Unit of the U.S. Attorney's Office and the U.S. Probation Office before the defendant transfers any interest in property owned directly or indirectly by the defendant.

☒ Notify the Collections Unit of the U.S. Attorney's Office, and the U.S. Probation Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation, until any fine or restitution ordered is paid in full.

AO 245S   Judgment in Criminal Case
          Sheet 5 — Criminal Monetary Penalties

DEFENDANT: MOHIT A. KHANNA
CASE NUMBER: 10CR2271-LAB

Judgment — Page __5__ of __5__

# RESTITUTION

The defendant shall pay restitution in the amount of ____ $15,970,524.44 ____ unto the United States of America.

This sum shall be paid ____ immediately.
                       __x__ as follows:

The defendant pay restitution in the amount of $15,970,524.44 through the Clerk, U.S. District Court. Payment of restitution shall by forthwith. During the defendant's incarceration, the defendant shall pay restitution through the Inmate Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, which ever is greater. The defendant shall pay the restitution during his supervised release at the rate of $250.00 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment. Restitution is to be paid to the following victims and distribution is to be made on a pro rata basis:

     Victim               Loss

The victims' names and addresses, and each victim loss are listed on EXHIBIT 1.

Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

The Court has determined that the defendant ____ does not ____ have the ability to pay interest. It is ordered that:

__x__   The interest requirement is waived.

____   The interest is modified as follows:

10CR2271-LAB

# EXHIBIT 1

United States v. Mohit A. Khanna, 10CR0227-LAB
Victims

| Last Name | First Name | Loss Amount |
|---|---|---|
| Anand | Katar | 50,000.00 |
| Anderson | Scott H. | 183,378.40 |
| Anderson | Tom & Holly | 47,000.00 |
| Arraut | Allison (Rafael) | 146,025.00 |
| Bajaj | Pankaj & Sunaina | 37,577.01 |
| Banner | Mike | 38,500.00 |
| Barnhart | Terry | 63,284.00 |
| Basi | Gurdev Singh | 15,000.00 |
| Bednar | Jana Dee and Kenneth | 50,000.00 |
| Beer | Dwayne | 50,000.00 |
| Beer | Ari | 2,460.84 |
| Beer | Miguel & Patricia | 24,796.71 |
| Benfield | Vanessa | 50,000.00 |
| Bennett | Curtis Lee | 24,166.66 |
| Bennett | John | 11,600.00 |
| Bennett | Linda F | 55,680.00 |
| Bhalla | Ranjive | 30,000.00 |
| Bhuller | Devinder & Jasleen | 21,000.00 |
| Bhuller | Nachhatar Singh | 21,000.00 |
| Bigham | Joan E. | 15,000.00 |
| Blackburn | Brian | 56,179.34 |
| Bogle | Leslie Kent | 425,000.00 |
| Burns | John  & Catherine | 161,477.08 |
| Cameron | Scott | 139,053.35 |
| Cardenas | Bernardo | 75,400.00 |
| Carter | Keshia L | 14,693.34 |
| Chadha | Vibha & Satinderjit | 70,100.00 |
| Chandler | Kevin | 13,000.00 |
| Chkolnik | Igor | 199,980.00 |
| Chopra | Devinder | 75,871.20 |
| Chopra | Sanjiv | 1,119.59 |
| Chow | Tim | 18,000.00 |
| Dalbgotra | Sawaran | 80,000.00 |
| Dale | Surjeet S | 25,000.00 |
| Davis | Joseph Horner & Glenda A | 100,000.00 |
| Davis | Paul & Linda | 50,000.00 |
| De las Casas | Mario H | 20,000.00 |
| Dejoria | John Paul | 2,000,000.00 |

1

United States v. Mohit A. Khanna, 10CR0227-LAB
Victims

| Name | First | Amount |
|---|---|---|
| Delany | W. J. | 100,000.00 |
| Digiorgio | Jonee | 40,000.00 |
| Dorsey | Eric | 58,000.00 |
| Eckert | Jeremy & Catherine | 20,000.00 |
| Elliotte | Timothy | 44,000.00 |
| Emmett | John & Catherine | 23,185.72 |
| Espinosa, | Heidi & Randy | 2,500.00 |
| Estrada | Guillemo | 10,000.00 |
| Estrada | Kristen & William | 5,000.00 |
| Fernandez | Ronald | 118,750.00 |
| Gemp | Annette | 195,701.58 |
| Global Product Resources | | 5,000.00 |
| Gomez | William & Lorena | 855,000.00 |
| Graves | Bertha | 6,836.06 |
| Gray | Kimber Leigh | 39,000.00 |
| Green | Jason | 50,000.00 |
| Hall | Robert & Natalia | 1,613,203.50 |
| Hanson | Michael & Pamela | 39,250.00 |
| Harrington | Nelson | 120,000.00 |
| Harvell | Joyce | 155,500.00 |
| Haskell | Erin | 113,000.00 |
| Hegvold | Leila & Jon | 45,000.00 |
| Heidt | Michael | 74,990.00 |
| Hogan | Michael | 101,970.00 |
| Hogan | William T | 124,970.00 |
| Hohn | Andrew V & Mary | |
| | Grace | 115,261.88 |
| Hotta | Michael & Amy | 226,500.00 |
| International Merchandise Solutions, Inc. | (Louis Weil; Punit Gyandendra; Jeffrey Amon) | 159,035.40 |
| Jacob | John K | 24,166.66 |
| Jamie | Jamie | 14,333.34 |
| Jensen | Brian | 85,000.00 |
| Jimenez | Lizbeth & Eduardo | 22,000.00 |
| Johal | Kashmira Singh | 27,964.14 |
| Kaur | Balvir | 50,000.00 |
| Kawaja | Essa | 594,791.71 |
| Kawaja | Nader V | 15,000.00 |
| Keane | William | 6,500.00 |

United States v. Mohit A. Khanna, 10CR0227-LAB
Victims

| | | |
|---|---|---|
| Kelly | Elizabeth | 70,000.00 |
| Kennedy, Sr. | Edward | 25,000.00 |
| Khan | Iftekher | 39,333.33 |
| Khazei | Deborah | 42,984.58 |
| Kim | Edward and Heather | 25,430.00 |
| Kriske | Glen Russell | 81,250.00 |
| Lachani | Shaheen | 25,000.00 |
| Lai | Ruby | 150,000.00 |
| Legarza | Mitchel R & Deborah L | 150,000.00 |
| Loflin | Fleeta | 44,562.38 |
| Maciel | Markus J | 19,333.34 |
| Makkar | Narinder | 137,060.36 |
| Makkar | Varinderpal & Sukhneet | 9,644.62 |
| Matherly | James | 205,533.31 |
| Maxwell | John S | 200,000.00 |
| McClintock | Diane & James | 23,900.00 |
| Allen & Blanche Moore Foundation | | 300,000.00 |
| Narantuya | Mark | 50,000.00 |
| Niemi | Gary | 30,000.00 |
| Nijjar | Paramjit & Harjinder | 25,000.00 |
| Nored | Jim | 392,913.26 |
| North American Precision Metals | | 200,000.00 |
| Nowakowski, | Mark | 75,000.00 |
| Orzoco | Oscar | 15,000.00 |
| Parilli | Desa Rae | 50,000.00 |
| Pasricha | Davinder S | 75,000.00 |
| Paul | Magnolia | 1,500.00 |
| Pelpola | Ardni | 59,583.33 |
| Perdomo | Herman & Iracema | 14,000.00 |
| Perez | Raymond | 6,000.00 |
| Pesceone | Annie | 3,000.00 |
| Phifer | Mekhi | 24,166.67 |
| Puri | Harjit | 125,055.46 |
| Rippery | Dennis | 637,500.00 |
| Rinke | Margaret | 304,233.00 |
| Riske | Ryan | 61,689.03 |
| Robert Andrew & Co., Inc. | | 25,000.00 |

United States v. Mohit A. Khanna, 10CR0227-LAB
Victims

| Last | First | Amount |
|---|---|---|
| Rush | Adrienne- Leigh | 24,125.00 |
| Schwartz | Gail C & Richard G | 111,738.12 |
| Serraero | Michael & Molly | 81,250.00 |
| Shamieh | Elias & Donna | 108,500.00 |
| Sharaf | Enayat | 29,990.25 |
| Shin | John | 13,750.00 |
| Singh | Darshan | 55,020.00 |
| Singh | Gurchran | 32,578.03 |
| Singh | Jaideep | 22,500.00 |
| Singh | Jaspaul | 86,000.00 |
| Singh | Singh, Rosa & Sukhwinder | 34,500.00 |
| Slusarek | Karl & Louise | 940,000.00 |
| Smith | Allen D | 30,000.00 |
| Sobero | Peter Francis | 76,493.25 |
| Sonnenburg | Allen & Nancy | 100,000.00 |
| Spaulding | Brian R | 95,416.15 |
| Spearman | Myra R | 24,666.67 |
| Spees | Arthur T | 50,000.00 |
| Stephens | Taka | 30,000.00 |
| Strait | Jennie E | 20,000.00 |
| Thomas | Derek | 29,750.00 |
| Thompson | Robert M | 79,500.00 |
| Tilton | Tim | 73,750.00 |
| Torrez | John L | 31,000.00 |
| Tunnicliffe | Tom | 31,250.00 |
| Tyree | John | 15,000.00 |
| Virk | Joga Singh | 75,938.04 |
| Wendlandt | Robert | 20,000.00 |
| Whelan, | Mark | 29,980.00 |
| Wilborn | Helen Marr | 102,442.59 |
| Wolfe | Mark J | 38,505.50 |
| Wynne | Patrica | 12,000.00 |
| Yurkovich | Stephanie | 9,666.66 |
| Zamora | Eduardo | 18,800.00 |
| TOTAL | | 15,970,524.44 |

4